```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YAJAIRA BEZARES,

                Plaintiff,

    -against-

BUYK CORPORATION,

                Defendant.

1:22-cv-7034 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court has ascertained that Defendant Buyk Corporation commenced a bankruptcy proceeding on March 17, 2022. Accordingly, pursuant to 11 U.S.C. § 362, this action is automatically stayed.

    The Clerk of Court is respectfully requested to stay this action. The Clerk is further requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

Dated:   **October 10, 2023**
             **New York, New York**

                                        */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                       **United States District Judge**