UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2024
```

YAJAIRA BEZARES,

                Plaintiff,

        -against-

BUYK CORPORATION,

                Defendant.

1:22-cv-7034 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

In an Order dated October 13, 2023, the Court explained that Defendant Buyk Corporation had commenced a bankruptcy proceeding requiring an automatic stay of this action, pursuant to 11 U.S.C. § 362 [ECF No. 11]. The Court directed the Clerk of Court to mail a copy of the Order staying this case to Plaintiff, who is proceeding *pro se*, at the address he had provided. However, the Court later received a notice of returned mail. As set forth in the Information Packet for *Pro Se* Litigants that Plaintiff previously received, it is Plaintiff's responsibility to notify the Court if his address changes, and this case may dismissed if he fails to provide a current address [ECF No. 8 at 2]. Accordingly, IT IS HEREBY ORDERED that by **August 1, 2024** Plaintiff shall file a letter informing the Court of the status of the bankruptcy proceeding that required a stay of this action. **If this Order cannot be delivered because Plaintiff's address has changed, or Plaintiff fails to file a status letter by August 1, 2024 this case will be dismissed.**

The Clerk of Court is respectfully requested to mail a copy of this Order to the *pro se* Plaintiff at the address of record.

**SO ORDERED.**

**Dated:    July 16, 2024**
            **New York, New York**

_____
**MARY KAY VYSKOCIL**

2

_____
**United States District Judge**